UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS ALLEN BRIDGES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2113** |
| **KEITH COOLEY, WARDEN** | **SECTION "I"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Curtis Allen Bridges, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Curtis Allen Bridges for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of February, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE